**DISMISS and Opinion Filed March 6, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01464-CV

### SUNTRUST BANK, Appellant
### V.
### THOMAS EMMETT BENTLEY, Appellee

**On Appeal from the County Court at Law No. 1
Kaufman County, Texas
Trial Court Cause No. 98281-CC**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

Before the Court is appellant's motion to dismiss the appeal. Appellant

informs the Court that it no longer wishes to prosecute this appeal. Accordingly,

we grant the motion and dismiss the appeal.

/David J. Schenck/

DAVID J. SCHENCK
191464F.P05                                                JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SUNTRUST BANK, Appellant

No. 05-19-01464-CV      V.

THOMAS EMMETT BENTLEY, Appellee

On Appeal from the County Court At Law No. 1, Kaufman County, Texas Trial Court Cause No. 98281-CC. Opinion delivered by Justice Schenck. Justices Osborne and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee THOMAS EMMETT BENTLEY recover his costs of this appeal from appellant SUNTRUST BANK.

Judgment entered this 6th day of March, 2020.